IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW CRUST and TINA EDELSTEIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NILS D. KNUTRUD,<br><br>　　　　Defendant. | No. 4:19-CV-00736<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 11th day of September 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Summary Judgment, Doc. 15, is **GRANTED IN PART AND DENIED IN PART**.

2. Judgment is entered in favor of Plaintiffs and against Defendant on Counts I and II. The Clerk of Court shall defer entry of summary judgment on Counts I and II until the conclusion of this case.

3. Plaintiffs' Count IV is **DISMISSED WITH PREJUDICE**.

4. Given the above rulings, the Court intends to set this matter down for trial to cover the issue of liability for Count III and the issue of damages for Counts I and II. Keeping in mind that Defendant has not been participating in this litigation since his filing of an Answer, a

- 2 -

subsequent Order will issue to schedule a telephonic status conference concerning the format of trial.

                        BY THE COURT:

                        *s/ Matthew W. Brann*
                        Matthew W. Brann
                        United States District Judge