IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW CRUST and TINA EDELSTEIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NILS D. KNUTRUD,<br><br>　　　　Defendant. | No. 4:19-CV-00736<br><br>(Chief Judge Brann) |

# ORDER

**AND NOW**, this 23rd day of December 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' post-trial motions for attorneys' fees, injunctive relief, and taxation of costs (Docs. 59, 60) are **GRANTED**.

2. Plaintiffs' bill of costs (Doc. 60) is **APPROVED**.

3. Plaintiffs are awarded reasonable attorneys' fees in the amount of **$29,950.64**.

4. Plaintiffs are also awarded reasonable litigation costs in the amount of **$465.00**.

5. Defendant Nils D. Knutrud is directed forthwith to destroy any and all recordings and/or images of Plaintiffs and Plaintiffs' voices in Defendant's possession or under Defendant's control or which Defendant has stored in any medium in any location.

- 2 -

6.        Defendant Nils D. Knutrud is prohibited from publishing, broadcasting, or disseminating such images and/or recordings of Plaintiffs to any third party or on any medium.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge